

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| In Re: Heather Rochelle Lintz, | § | No. 08-14-00053-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |
| | § | |

# **O R D E R**

The Court has this day considered Relator's Motion for Emergency Stay of Proceedings and concludes the motion should be GRANTED.

The 383rd District Court of El Paso County, Texas, shall therefore stay any further proceedings in cause number 2013DCM4795, styled *In the Matter of XXX, a Child*[1] pending resolution of this original proceeding or further order of this Court.

IT IS SO ORDERED this 6th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.

---

[1] The order uses the letters X.X.X. in place of the child's name or initials.